## Statement of the Case.

Action by Ferdinand W. Jaros against Edward Johanning and A. M. Wertzberger for legal services. From a judgment for plaintiff for $3.50, plaintiff brings error.

F. W. JAROS, for plaintiff in error.

OSCAR M. LUMBY, for defendants in error Edward Johanning.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

TRIAL § 46*—*what acts of judge are improper.* In an action for legal services where the evidence was closely conflicting, *held* that the action of the trial judge in reading the defendant's affidavit of merits to the jury before instructing them was prejudicial error, since the reading of such affidavit unduly emphasized the defendant's view of the controversy the plaintiff's statement of claim not having been read.

---

## Herman L. Wolff for use of Barnett Zollo, Defendant in Error, v. Ernest M. Cross, Plaintiff in Error.

### Gen. No. 18,160.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912.. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action by Herman L. Wolff, for use of Barnett Zollo, against Ernest M. Cross, trading as E. M. Cross

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

& Co., for damages. From a judgment for plaintiff for $366.92, defendant brings error.

KRUSE & PEDEN and R. C. MERRICK, for plaintiff in error.

CHARLES J. HERMAN, for defendant in error; DOUGLAS C. GREGG, of counsel.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*when finding of court will not be sustained.* In an action for damages caused by the failure of a defendant to deliver certain eggs according to quality, *held* that the controlling question of fact was whether defendant's salesman substituted different eggs for those actually purchased by plaintiff, and the evidence being conflicting such finding was not unwarranted.

2. DAMAGES, § 179*—*what is proper evidence of damage.* In an action for damages caused by the failure to deliver eggs to plaintiff according to quality, evidence of a witness interpreting the report of an inspection of the eggs by an employe of the Chicago Butter and Egg Board was incompetent, but harmless, when the report verified the witness' statements.

---

### William Buhs, Plaintiff in Error, v. William B. Austin, Defendant in Error.

### Gen. No. 18,273.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action by William Buhs against William B. Austin to recover certain rents collected by the latter. From a judgment for defendant, plaintiff brings error.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.